IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| TYRONE GRANT | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 1:14-CV-590 |
| MITCHELL NEWMAN, *et al.*, | § | |

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Tyrone Grant, a former pre-trial detainee confined at the Aubrey Cole Law Enforcement Center in Jasper, Texas, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against defendants Sheriff Mitchell Newman, Administrator Cory Stanley, Grievance Officer L. Gordon, Maurice Villasana, and Nurse Malone.

The Court referred this matter to the Honorable Keith Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends plaintiff's motions for a preliminary injunction and/or temporary injunctive relief be denied.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.

### ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**.

**SIGNED** this the **20** day of **August, 2015.**

_____
Thad Heartfield
United States District Judge